SUCESIÓN COLLADO, APELADA, *v.* PERÉZ ET AL., APELANTES.

APELACIÓN procedente de la Corte de Distrito de Mayagüez.

No. 963.—Resuelto en abril 11, 1913.

Confirmada la sentencia apelada por los fundamentos expuestos en la opinión emitida en el caso No. 876, *Torres* v. *Irizarry,* resuelto en abril 8, 1913, página 361.

Abogado de los apelantes: *Sr. Benito Fores.*
Abogado del apelado: *Sr. José Ramón Freyre.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

En el pleito seguido ante la Corte de Distrito de Mayagüez por la Sucesión de Pedro Collado Ramírez contra Domitila Pérez Vilanova y Francisco Olivo, el abogado de la parte demandante presentó un *memorandum* de costas, jurado por él, comprendiendo cuatro partidas: una por honorarios del secretario, ascendente a $10; otra por indemnización a testigos, $40; otra por honorarios del abogado, $300, y la última por sellos de rentas y una certificación, 37 centavos; en total, $350.37.

La parte demandada presentó escrito impugnando la primera partida porque debía concretarse a la cantidad de ella realmente invertida; la segunda porque no se habían utilizado todos los testigos presentados por la demandante y, además, por ser excesiva la cantidad que se le asignaba como

indemnización, y la tercera de honorarios de abogado por excesiva.

Según la resolución de la corte de ocho de febrero último, el día 27 de enero anterior, se celebró la vista de la impugnación en la que el abogado que presentó el *memorandum* solicitó que la parte que lo impugnaba presentara prueba para demostrar que las partidas del mismo no eran correctas, y habiéndolo resuelto así la corte, el abogado de los demandados, o sea, de los impugnadores, tomó excepción y no presentó prueba para sostener su impugnación, y después de haber argumentado oralmente el caso, la corte aprobó el *memorandum*, pero modificando dos partidas, reduciendo la de indemnización a testigos a $32 y la de honorarios de abogados a $75, que con las otras dan un total de $117.37. Contra esta resolución de la corte, se interpuso el presente recurso de apelación por los demandados, celebrándose la vista del mismo ante nosotros en el día de ayer.

Los motivos de error alegados ante esta Corte Suprema por la parte apelante, son que la corte inferior erró al aprobar el *memorandum* mencionado sin que la parte que lo presentó practicara prueba alguna, exigiéndola en cambio al impugnador y porque la corte inferior estimó que dichas partidas eran *prima facie* correctas, porque el impugnador no había presentado prueba para sostener su impugnación.

Los mencionados motivos de error son exactamente iguales a los dos únicos que también se alegaron en el caso de *Torres* v. *Irizarry,* resuelto por nosotros el día 8 del presente mes, (pág. 361), y todo lo que entonces dijimos en ese caso es de exacta aplicación al presente, por lo que lo damos por reproducido, sin que veamos la necesidad de volver ahora a escribir lo mismo.

La resolución apelada debe confirmarse.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y del Toro.

El Juez Asociado Sr. MacLeary no tomó parte en la resolución de este caso.